## CLEVELAND v. SANFORD, Warden.
### No. 8999.

Circuit Court of Appeals, Fifth Circuit.
May 11, 1939.

Gaylie R. Cleveland, of Springfield, Mo., in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER and McCORD, Circuit Judges, and BORAH, District Judge.

PER CURIAM.

This is an appeal from a judgment denying a writ of habeas corpus and remanding appellant to the custody of the warden of the Atlanta Penitentiary.

The record discloses that appellant pleaded guilty to an indictment charging him in four counts with mailing obscene literature in violation of Title 18 U.S.Code, § 334, 18 U.S.C.A. § 334. A cumulative sentence of 15 years imprisonment was imposed. Appellant complains that the sentence was excessive and that he was deprived of the advice of counsel when entering his plea of guilty. He relies upon Johnson v. Zerbst, 304 U.S. 458, 459, 58 S.Ct. 1019, 82 L.Ed. 1461. On the facts disclosed by the record that decision is not in point. While it is apparent that appellant was given an excessively severe sentence that is a question that addresses itself to the Executive, on an application for commutation of sentence or pardon. The seeming injustice is not within our province to correct.

Affirmed.